No. 325. SCHWEGLER, Respondent, v. SCHWEGLER, Appellant.

(Also reported in 224 N. W. 2d 215.)

The cause was submitted for the appellant on the brief of *Darryl K. Nevers* of Wauwatosa, and for the respondent on the brief of *Ralph R. Zauner* and *Nehmer, Hathaway & Zauner,* all of Milwaukee.

Order affirmed.